IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCAS, | 1:08-cv-01806-OWW-YNP [DLB] (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |
| vs. | TO FILE A RESPONSE TO PETITION |
| JAMES HARTLEY, | (DOCUMENT #17) |
| Respondent. | THIRTY DAY DEADLINE |

On August 28, 2009, respondent filed a motion to extend time to file a response to the petition. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty (30) days from the date of service of this order in which to file a response to the petition.

IT IS SO ORDERED.

Dated:   September 8, 2009              /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE